UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CHRISHEA LOVE,

                                    Plaintiff,    **STIPULATION AND ORDER OF DISMISSAL**

      -against-

                              15 CV 2810 (KBF)

THE CITY OF NEW YORK, et al.,

                                 Defendants.

---------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       January 16, 2018

O. MITCHELL LAW GROUP, PLLC
*Attorneys for Plaintiff*
184 East 161st Street, 2nd Floor
Bronx, New York 10451
(718) 665-0900

By: _____
    Neville O. Mitchell

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____ 5/3/2018
    Matthew McQueen
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Dated: 5/4, 2018